THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS J. FARONE, Appellant.

Submitted April 11, 1955; decided April 21, 1955.

Motion in all other respects denied. [See 308 N. Y. 305.]